IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD THOMAS SMITH, JR.,

    Plaintiff,

v.

DR. MARTIN, TAMMY MAASSEN,
DEBRA TIDQUIST, NURSE KOJTHORYZ
and DR. HOFTIEZER,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-429-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment in favor of defendants granting summary judgment in favor of Dr. Martin, Tammy Maasen, Debra Tidquist, Nurse Kojthoryz and Dr. Hoftiezer and dismissing this case without prejudice for plaintiff's failure to exhaust available administrative remedies.

| /s/ | 7/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |